# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00011-CV

**Robert Francis, Appellant**

**v.**

**Terry Keel and Tina J. Benkiser, in her capacity as Chair
of the Republican Party of Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN06000057, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss the appeal, informing this Court that there is no longer a case or controversy. The appeal is dismissed on the joint motion and costs are assessed against the party incurring them.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Waldrop

Dismissed on Joint Motion

Filed: February 10, 2006